# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: <br> TALMA JARRETT and VIVIAN JARRETT <br><br> Debtors. | Case No. 19-30362 <br> Chapter 13 <br> Judge Timothy A. Barnes <br><br> Confirmation hearing: <br> 12/12/2019 10:30 a.m. |

## ODYSSEY CLUB UMBRELLA ASSOCIATION'S OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN FILED OCTOBER 25, 2019

Now comes a certain Creditor, ODYSSEY CLUB UMBRELLA ASSOCIATION, by and through its attorney, Amy E. Olson of Keay & Costello, P.C., and for its objection to Debtors' chapter 13 plan filed October 25, 2019 states as follows:

1. Odyssey Club Umbrella Association is a claimant-creditor of the Debtors and brings this motion pursuant to 11 U.S.C. 1324 and 1325.

2. On October 29, 2019, Odyssey Club Umbrella Association filed its proof of claim with respect to Debtors' obligation to pay association assessments for the property located at 11 Iliad Drive, Tinley Park, Illinois 60477. (Exhibit "A").

3. That pursuant to Odyssey Club Umbrella Association's governing documents, which have been recorded with the Recorder of Deeds of Cook County, Illinois, a lien attaches to the property of the Debtors to secure unpaid assessments and other obligations arising out of ownership of a unit under the jurisdiction of Odyssey Club Umbrella Association.

4. At the time Debtors filed the chapter 13 petition on October 25, 2019, Debtors owed the amount of $2,023.05 for past due assessments, late fees and attorney fees to Odyssey Club Umbrella Association. (Exhibit "A").

5. Debtors' plan fails to fully and properly account for Odyssey Club Umbrella Association's secured interest in the subject real estate and the pre-petition arrearage.

6. As a result of Odyssey Club Umbrella Association's lien rights in Debtors' real estate and the proof of claim filed on October 29, 2019, Odyssey Club Umbrella Association, should be included in Debtors' chapter 13 plan as a secured creditor in the amount of $2,023.05.

7. As a result of Debtors' failure to fully account for the pre-petition secured debt owed to Odyssey Club Umbrella Association, confirmation of Debtors' October 25, 2019 plan should be denied.

WHEREFORE, Odyssey Club Umbrella Association prays this court for entry of the attached order denying confirmation of the Debtors' plan filed October 25, 2019, and for any such other and further relief as this court deems just and equitable within the premises.

ODYSSEY CLUB UMBRELLA
ASSOCIATION

By: _____
Amy E. Olson

#6304972
Amy E. Olson
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
amy@keaycostello.com
(630) 690-6446

2