UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 19-30362 |
| Talma & Vivian Jarrett ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Timothy Barnes | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**ORDER EXTENDING TIME FOR DEBTOR TO FILE CLAIMS FOR CREDITORS**

THIS MATTER coming to be heard on the motion of the Debtors, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given:

It is hereby ORDERED:

1) That claim #17 (Fairway Townhomes at the Odyssey Club Homeowners Association), filed by the Debtors, is allowed as timely filed and shall be paid pursuant to the provisions of the Chapter 13 plan.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: February 20, 2020

**Prepared by:**

Alexander Preber, ARDC #6324520
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100