UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 19-30362 |
|---|---|---|
| TALMA JARRETT | ) | Chapter: 13 |
| VIVIAN JARRETT | ) | Honorable Timothy A. Barnes |
| Debtor(s) | ) | |

## ORDER MODIFYING THE PLAN

It is hereby ordered that the confirmation order of the Debtor's Chapter 13 Plan shall not act as a waiver of any post-petition, pre-confirmation default in any future motions for relief from the automatic stay by Fairway Townhomes at the Odyssey Club Homeowners Association regarding the property commonly known as 11 Iliad Drive, Tinley Park, Illinois.

Enter:

Honorable Timothy A. Barnes   AM
United States Bankruptcy Judge

Dated: 20 FEB 2020

**Prepared by:**
Ronald J. Kapustka
Kovitz Shifrin Nesbit
175 North Archer Ave., Mundelein, IL 60060
Tel. (847) 537-0500 / Fax (847) 537-0550
rkapustka@ksnlaw.com; ndaily@ksnlaw.com
ARDC No. 6203095
KSN FILE (CFAI001-61047)

Rev: 20170105_bko